**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose RIVERA–LOPEZ, Defendant–**
**Appellant.**

**No. 11–10348.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

Robert A. Bork, Assistant U.S., Robert Lawrence Ellman, Esquire, Assistant U.S.,

USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Brenda Weksler, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Jose Rivera–Lopez appeals from the 70–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rivera–Lopez contends that his sentence is substantively unreasonable under *United States v. Amezcua–Vasquez*, 567 F.3d 1050 (9th Cir.2009), because the sentence does not adequately account for the age of his prior conviction, the nature of the conduct underlying that conviction, or the nature of his subsequent criminal history. In light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), the sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also United States v. Valencia–Barragan*, 608 F.3d 1103, 1109 (9th Cir.2010) (emphasizing the limited

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

scope of the holding in *Amezcua–Vasquez* ).

**AFFIRMED.**